IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO DESTEFANO | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  11-6715 |
| THE CITY OF PHILADELPHIA | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of October, 2013, upon consideration of the Defendant's Motion for Summary Judgment, Plaintiff's Response in Opposition, Plainitff's Motion for Summary Judgment, and Defendant's Response in Opposition, it is hereby **ORDERED** that Defendant's Motion to for Summary Judgment is **DENIED** and Plaintiff's Motion for Summary Judgment is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.