IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORLANDO DESTEFANO : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA : NO. 11-6715

CIVIL JUDGMENT

Before the Honorable Ronald L. Buckwalter

AND NOW, this 24th day of October, 2013, in accordance with the VERDICT OF THE JURY,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiff Orlando Destefano and against the Defendant, the City of Philadelphia in the amount of $150,000..

BY THE COURT
ATTEST: *Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk

Civ 1 (8/80)